# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 5/28/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 11:08:26 AM

CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

**TO:**     1ST COURT OF APPEALS

**From:**   **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** 2013-36996

**VOLUME** _____ **PAGE** _____     **OR**     **IMAGE #** 64830728

**DUE** 7/25/2015               **ATTORNEY** 24057591

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 3/27/2015

**MOTION FOR NEW TRIAL DATE FILED** 4/22/2015

**REQUEST TRANSCRIPT DATE FILED** n/a

**NOTICE OF APPEAL DATE FILED** 5/22/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED:  YES** ☐ **NO** ☒ **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ
    **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

NO. 2013-36996

| | | |
|---|---|---|
| **TRADITION BANK**<br>**Plaintiff,** | §<br>§<br>§ | **IN THE DISTRICT COURT** |
| **V.** | §<br>§ | **129TH JUDICIAL DISTRICT** |
| **DANH C. PHAM and LINH T. BUI**<br>**Defendants.** | §<br>§<br>§ | **OF HARRIS COUNTY, TEXAS** |

## NOTICE OF APPEAL

Defendant, LINH T. BUI, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

1. The trial court, trial court case number and style of this matter are shown in the above caption.

2. On March 27, 2015 a Final Summary Judgment was signed.

3. On April 22, 2015, LINH T. BUI filed a Motion for New Trial.

4. On May 11, 2015, the Court denied LINH T. BUI's Motion for New Trial.

5. LINH T. BUI desires to appeal the Final Summary Judgment.

6. This appeal is being taken to either the First or Fourteenth Court of Appeals.

7. This notice is being filed by LINH T. BUI.

Respectfully submitted,

PETER J. BENNETT, P.C.

By: _____
PETER J. BENNETT
Texas Bar No. 24057591
Email: Peter@pbennettlaw.com
202 Travis St. Suite 207
Houston, Texas 77002
Tel. (713) 609-9636
Fax. (713) 568-2411
Attorney for Defendant, LINH T. BUI

## CERTIFICATE OF SERVICE

I certify that on May _____22_____, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on TERI. A. WALTER at 713-529-2020.

_____

PETER J. BENNETT

TERI. A. WALTER
The Walter Law Firm, P.C.
1111 North Loop West, Suite 1115
Houston, Texas 77007
Fax: (713) 529-2266
Attorney for Plaintiff, Tradition Bank
*Via facsimile*

WILLIAM CLARKSON
Clarkson & Rochna
2714 Louisiana
Houston, Texas 77006
Tel: 713-520-5211
Fax: 713-520-1317
Attorney for Defendant, Danh C. Pham
*Via facsimile*

3/23/2015 1:58:52 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 4602526
By: PATTON, JONATHAN R
Filed: 3/23/2015 1:58:52 PM

CAUSE NO. 2013-36996

| | | |
|---|---|---|
| TRADITION BANK | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DANH C. PHAM and LINH T. BUI | § | 129th JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

On March 23rd, 2015, the Court considered Plaintiff's TRADITION BANK's three separate Motions for Interlocutory Summary Judgment. The Court, having taken the matter under advisement, and having reviewed the motions, the various responses and related pleadings by all parties, the argument of counsel, and the summary judgment evidence, finds that TRADITION BANK's motions should be granted. The Court further finds that as a result, no other parties or issues remain, and thus TRADITION BANK should be awarded a final judgment. It is therefore

ORDERED, ADJUDGED, and DECREED that Plaintiff TRADITION BANK have and recover joint and several judgment from and against Defendants DANH C. PHAM and LINH T. BUI, as follows:

1. The principal amount of $85,363.25, plus accrued and unpaid interest through September 22, 2014 in the amount of $48,412.11, for a total sum due through and including September 22, 2014 of $133,775.36, with additional interest on said total sum thereafter starting September 23, 2014 at the contractual rate of 18% per annum until paid;

2. TRADITION BANK's reasonable and necessary legal fees as follows:

    a.      Attorneys fees through the date of Judgment in the sum of $24,450.00;

    b.      An additional $7,500.00 in the event of an appeal to the Texas Court of

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Civil Appeals;

c.   $5,000.00 for representation at the petition for review stage in the

Supreme Court of Texas;

d.   $5,000.00 for briefing to the Supreme Court of Texas; and

e.   $5,000.00 for representation at oral argument and the completion of

proceedings in the Supreme Court of Texas.

TRADITION BANK is further awarded all costs of court, and post judgment interest on all

attorneys fees and costs of court awarded at the rate of 5% per annum from the date of

judgment until paid.

It is further ORDERED that the clerk shall issue all writs and orders necessary for the

enforcement of this Judgment.

All relief not expressly granted herein is denied.  The Court finds that this is a final

Judgment, it disposes of all claims and parties, and is

appealable.

Signed this __27__ day of _March_ 2015.

_/M_____

THE HONORABLE JUDGE  MICHAEL GOMEZ

✳ The Court ORDERS that Tradition Banks three motions
are hereby GRANTED in their entirety ( chilling the bid and
mitigation, liability and damages, and accord and satisfaction),

APPROVED AND ENTRY REQUESTED

_____

TERI A. WALTER
Texas Bar No. 20815100
GLEN NORDT
Texas Bar No. 15076600
WALTER LAW FIRM, PC
1111 North Loop West, Suite 1115
Houston, Texas 77008
Phone  713 529-2020
Fax     713 529-2266
Email twalter@prevaillawyers.com
Email: gnordt@prevaillawyers.com
ATTORNEYS FOR
TRADITION BANK


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to all parties of record in this matter in accordance with the Texas Rules of Civil Procedure, by certified mail, return receipt requested, by hand delivery or by fax, on this the 23rd day of March, 2015.

_____
Teri A. Walter or Glen Nordt

Peter J. Bennett
Peter J. Bennett, PC
202 Travis, Ste 207
Houston, TX 77002

William B Clarkson
Clarkson & Rochna
2714 Louisiana
Houston, TX 77006

NO. 2013-36996

| | | |
|---|---|---|
| TRADITION BANK, N.A. | § | IN THE DISTRICT COURT |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| V. | § | 129TH JUDICIAL DISTRICT |
| | § | |
| DANH C. PHAM and LINH BUI | § | |
| Defendants/Counter-Plaintiffs. | § | OF HARRIS COUNTY, TEXAS |

## DEFENDANT LINH T. BUI'S
## MOTION FOR A NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Defendant, LINH BUI, Movant herein, in the interest of justice and fairness, and brings this Motion for New Trial. In support hereof, Movant shows the following:

### A. FACTS/PROCEDURAL HISTORY

1. On or about March 27, 2015, the Court signed a Final Summary Judgment in favor of Plaintiff, Tradition Bank.

2. Despite raising genuine issues of material fact, this Court ruled in favor of Plaintiff, Tradition Bank.

### B. CHALLENGE EVIDENCE

3. Movant challenges the sufficiency of the evidence to the Court's Judgment.

4. Movant may have waived the defense/counterclaim under the Texas Property Code, but only to Note No. 1. Movant did not waive any defense/counterclaim as to Note No. 2 and No. 3.

5. Further, Movant raised genuine issue of material facts as to Defendant's claims for attorneys' fees.

6. There is no evidence or the evidence is insufficient to support the Court's judgment and

Bui – Motion for New Trial w. Order                                      Page 1 of 5

the Court erred in rendering judgment for the Defendant.

## C. REQUEST FOR HEARING

7. Movant requests an evidentiary hearing on the allegations raised herein.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays this Court will vacate the judgment in this matter and will grant Movant a new trial for the grounds specified herein and in the interest of fairness and justice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

PETER J. BENNETT, P.C.

By: _____
PETER J. BENNETT
Texas Bar No. 24057591
Email: Peter@pbennettlaw.com
202 Travis St. Suite 207
Houston, Texas 77002
Tel. (713) 609-9636
Fax. (713) 568-2411
Attorney for Defendant, LINH BUI

## CERTIFICATE OF SERVICE

I certify that on April ____22____, 2015 a true and correct copy of the Defendant's Motion for New Trial was served by facsimile transmission on the following in accordance with the Texas Rules of Civil Procedure.

PETER J. BENNETT

TERRI A. WALTER
The Walter Law Firm, P.C.
1111 North Loop West, Suite 1115
Houston, Texas 77007
Fax: 713-529-2266
Attorney for Plaintiff, Tradition Bank
*Via facsimile*

WILLIAM B. CLARKSON
Clarkson & Rochna
2714 Louisiana
Houston, Texas 77006
Tel: 713-520-5211
Fax: 713-520-1317
Attorney for Defendant, Danh C. Pham
*Via fascimile*

| | | |
|---|---|---|
| **TRADITION BANK, N.A.** | § | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| **V.** | § | **129TH JUDICIAL DISTRICT** |
| | § | |
| **DANH C. PHAM and LINH BUI** | § | |
| **Defendants/Counter-Plaintiffs.** | § | **OF HARRIS COUNTY, TEXAS** |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared PETER J. BENNETT, who being duly sworn, deposed as follows:

"My name is PETER J. BENNETT. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's Motion for New Trial. I hereby swear that the statements in support of Defendant's Motion for New Trial are true and correct.

_____
PETER J. BENNETT

**SUBSCRIBED AND SWORN TO BEFORE ME** on _April 22,_____,
2015 by PETER J. BENNETT.

CATHLEEN NGUYEN
Notary Public, State of Texas
My Commission Expires
March 18, 2019

_____
Notary Public, State of Texas

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      MAY 28, 2015(C1)
INT6510                CIVIL CASE INTAKE               OPT: _____ - INT
                    GENERAL PARTY INQUIRY              PAGE:   1 -    1

CASE NUM: 201336996__ PJN> __  TRANS NUM: _____  CURRENT COURT: 129 PUB? _
CASE TYPE: CONTRACT                    CASE STATUS: CASE ON APPEAL
STYLE: TRADITION BANK                VS PHAM, DANH C
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME           PTY    ASSOC. ATTY
  NUM    NUMBER                                        STAT
_     00003-0002 XPL 24057591 BUI, LINH T                   BENNETT, PETE
_     00002-0002 XPL 04324000 PHAM, DANH C                  CLARKSON, WIL
_     00001-0002 XDF 20815100 TRADITION BANK               WALTER, TERI
_     00004-0001 MED 21679000 WILSON, DOUGLAS B.
_     00003-0001 DEF 24057591 BUI, LINH T                   BENNETT, PETE
_     00002-0001 DEF 04324000 PHAM, DANH C                  CLARKSON, WIL
_     00001-0001 PLT 20815100 TRADITION BANK               WALTER, TERI


==> (7) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```